IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Scott Mitchell, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>World Acceptance Corporation,<br><br>Defendant. | Case No. 6:26-cv-04453-JDA |
| Marla Jackson, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>World Acceptance Corporation,<br><br>Defendant. | Case No. 6:26-cv-04459-JDA |
| Aeriel Cooper, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>World Acceptance Corporation,<br><br>Defendant. | Case No. 6:26-cv-04480-JDA |
| Matthew Luke Becker, *individually and on behalf of all others similarly situated*; Michael Cooper, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs, | Case No. 6:26-cv-04489-JDA |

v.

World Acceptance Corporation,

Defendant.

---

Ateralene Snow, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

World Acceptance Corporation,

Defendant.

Case No. 6:26-cv-04497-JDA

---

Sarah Fetes, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

World Acceptance Corporation,

Defendant.

Case No. 6:26-cv-04498-JDA

---

Jerry Cortez, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

World Acceptance Corporation,

Defendant.

Case No. 6:26-cv-04538-JDA

---

Tristin Hutter, *individually and on behalf of all others similarly situated,*

Case No. 6:26-cv-04799-JDA

Plaintiff,

v.

World Acceptance Corporation,

Defendant.

---

Kathy Jessop, *on behalf of herself and all others similarly situated,* — Case No. 6:26-cv-04881-JDA

Plaintiff,

v.

World Acceptance Corporation,

Defendant.

---

Jon Dennis Baker, *individually and on behalf of all others similarly situated,* — Case No. 6:26-cv-04974-JDA

Plaintiff,

v.

World Acceptance Corporation,

Defendant.

---

James Hanson, *individually and on behalf of all others similarly situated,* — Case No. 6:26-cv-05130-JDA

Plaintiff,

v.

World Acceptance Corporation,

Defendant.

---

| | | |
|---|---|---|
| Philip De Luca, III, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>World Acceptance Corporation,<br><br>Defendant. | ) | Case No. 6:26-cv-05131-JDA |
| Clifton Bordelon, *on behalf of themselves and all others similarly situated,* Jeanetta Smythe, *on behalf of themselves and all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>World Acceptance Corporation,<br><br>Defendant. | ) | Case No. 6:26-cv-05949-JDA |

**OPINION AND ORDER**

This matter is before the Court on Plaintiffs' unopposed motion to consolidate related actions and to appoint interim co-lead class counsel pursuant to Rules 42(a) and 23(g)(3) of the Federal Rules of Civil Procedure. Case Nos. 6:26-cv-04453-JDA, ECF No. 10; 6:26-cv-04459-JDA, ECF No. 10; 6:26-cv-04480-JDA, ECF No. 8; 6:26-cv-04489-JDA, ECF No. 10; 6:26-cv-04497-JDA, ECF No. 15; 6:26-cv-04498-JDA, ECF No. 6; 6:26-cv-04799-JDA, ECF No. 8; 6:26-cv-04974-JDA, ECF No. 8; 6:26-cv-05130-JDA, ECF No. 7; 6:26-cv-05131-JDA, ECF No. 8.* For the reasons stated herein, the Court grants the motion.

* Plaintiffs in Case Nos. 6:26-cv-04538-JDA, 6:26-cv-04881-JDA, and 6:26-cv-05949-JDA did not file a motion to consolidate and to appoint interim co-lead class counsel. However,

First, the Court grants Plaintiffs' motion to consolidate. Pursuant to Rule 42(a)(2), the Court may consolidate multiple related actions if those actions "involve a common question of law or fact." The Court finds that the above-listed actions involve a common question of law or fact within the meaning of Rule 42(a)(2) because they name the same Defendant, arise from the same alleged data breach, and share core legal and factual questions. Accordingly, Case Nos. 6:26-cv-04459-JDA, 6:26-cv-04480-JDA, 6:26-cv-04489-JDA, 6:26-cv-04497-JDA, 6:26-cv-04498-JDA, 6:26-cv-04538-JDA, 6:26-cv-04799-JDA, 6:26-cv-04881-JDA, 6:26-cv-04974-JDA, 6:26-cv-05130-JDA, 6:26-cv-05131-JDA, and 6:26-cv-05949-JDA are consolidated into the first-filed action, Case. No. 6:26-cv-04453-JDA, and shall bear the following caption: *In re World Acceptance Corporation Data Incident Litigation* (the "Consolidated Action"). Any action subsequently filed, transferred, or removed to this Court arising out of the same or similar operative facts as the Consolidated Action will be consolidated with it for pretrial, discovery, and trial purposes.

Further, the Court grants Plaintiffs' motion to appoint interim co-lead class counsel. Under Rule 23(g)(3), "[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Upon review of Plaintiffs' submission and in consideration of the applicable law, the Court appoints Paul Doolittle of Poulin Willey Anastopoulo, LLC and Kenneth Grunfeld of Kopelowitz Ostrow P.A. as interim co-lead class counsel to act on behalf of Plaintiffs and the putative class with the responsibilities set forth below:

---

these Plaintiffs have represented that they intend to join in the consolidation motion. *See* Case Nos. 6:26-cv-04538-JDA, ECF No. 7; 6:26-cv-04881-JDA, ECF No. 7; 6:26-cv-05949-JDA, ECF No. 7.

a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative class pursuant to the Federal Rules of Civil Procedure;

c. Convene meetings amongst counsel;

d. Conduct settlement negotiations on behalf of Plaintiffs and the putative class;

e. Delegate tasks to other plaintiffs' counsel to ensure that pretrial preparation for Plaintiffs and the putative class is conducted efficiently and effectively;

f. Negotiate and enter into stipulations with opposing counsel as necessary for the conduct and efficient advancement of the litigation;

g. Monitor the activities of all counsel to ensure that schedules and litigation deadlines are being met, and unnecessary expenditures of time and funds are avoided;

h. Ensure that all counsel comport with the billing and expense protocol being used by the leadership team and that will be submitted to the Court for approval;

i. Perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities of authorized by further Order of this Court;

j. Serve as the primary contact for communications between the Court and other plaintiffs' counsel;

k. Ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

l. Communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

m. Perform all other duties or tasks as are necessary to the prosecution of this matter on behalf of the putative class.

## CONCLUSION

Based on the foregoing, the Court GRANTS Plaintiffs' unopposed motion to consolidate and to appoint interim co-lead class counsel. Case Nos. 6:26-cv-04453-JDA,

ECF No. 10; 6:26-cv-04459-JDA, ECF No. 10; 6:26-cv-04480-JDA, ECF No. 8; 6:26-cv-04489-JDA, ECF No. 10; 6:26-cv-04497-JDA, ECF No. 15; 6:26-cv-04498-JDA, ECF No. 6; 6:26-cv-04799-JDA, ECF No. 8; 6:26-cv-04974-JDA, ECF No. 8; 6:26-cv-05130-JDA, ECF No. 7; 6:26-cv-05131-JDA, ECF No. 8. Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within 45 days of this Order. Defendant need not respond to any of the previously filed complaints in the related actions and shall respond to the operative Consolidated Class Action Complaint within 45 days after it is filed. If Defendant files a motion directed to the Consolidated Class Action Complaint, Plaintiffs shall have 30 days to respond, and Defendant shall have 21 days to reply.

IT IS SO ORDERED.

s/ Jacquelyn D. Austin
United States District Judge

November 24, 2026
Greenville, South Carolina